UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R.,<br><br>            Plaintiff,<br><br>   v.<br><br>LINKEDIN CORPORATION,<br><br>            Defendant. | Case No. 24-cv-07399-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to 24-cv-06832-EJD.

**IT IS SO ORDERED.**

Dated: December 27, 2024

_____
P. CASEY PITTS
United States District Judge