COOLEY LLP
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
AMY M. SMITH (287813)
(amsmith@cooley.com)
MORGAN LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
JORGE L. SARMIENTO (*Pro Hac Vice*)
(jsarmiento@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| V.R. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-CV-07399-EJD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANT LINKEDIN CORPORATION'S REQUEST FOR JUDICIAL NOTICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:24-CV-07399-EJD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for LinkedIn Corporation ("LinkedIn") in *V.R. v. LinkedIn*, Case No. 5:24-cv-07399-EJD. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the concurrently filed Request for Judicial Notice. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached hereto as Exhibit A is a webpage from LinkedIn's website titled "Insight Tag." This document is publicly available at https://business.linkedin.com/marketing-solutions/insight-tag and was last accessed by a member of my team on January 27, 2025.

3. Attached hereto as Exhibit B is the version of the LinkedIn Ads Agreement that was operative at the time Plaintiff filed her Complaint and, which was last updated August 8, 2024. This document is publicly available through the Internet Archive's Wayback Machine at https://web.archive.org/web/20240926181159/https://www.linkedin.com/legal/sas-terms and was last accessed by a member of my team on January 27, 2025.

4. Attached hereto as Exhibit C is the version of the LinkedIn's Advertising Policies, that was operative at the time Plaintiff filed her Complaint, and that was last updated on May 13, 2024. This document is publicly available through the Internet Archive's Wayback Machine at https://web.archive.org/web/20241009031247/https:/www.linkedin.com/legal/ads-policy and was last accessed by a member of my team on January 27, 2025.

5. Attached hereto as Exhibit D is the operative version of LinkedIn's Privacy Policy that was last updated on September 18, 2024. This document is publicly available at https://www.linkedin.com/legal/privacy-policy and was last accessed by a member of my team on January 27, 2025.

6. Attached hereto as Exhibit E is the Registration of Foreign Limited Liability Company record for Village Practice Management Company, LLC, maintained by the New Jersey Department of the Treasury, Division of Revenue. This was obtained from the New Jersey Department of the Treasury website, https://www.nj.gov/treasury/revenue/, by a member of my

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:24-CV-07399-EJD

team on January 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2025 in San Francisco, California.

          */s/ Aarti Reddy*
          Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:24-CV-07399-EJD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1 (i)(3)**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of January 2025, at San Francisco, California.

/s/ Jeffrey M. Gutkin
Jeffrey M. Gutkin

313753122

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:24-CV-07399-EJD