# EXHIBIT A
# to the Declaration of Aarti Reddy

LinkedIn Marketing Labs | Help Center | Blog

Linked**in** Marketing Solutions

Advertising    Why LinkedIn    LinkedIn Pages    Resources    Sign in    [Create ad]

# Insight Tag

[Install your tag]



Easily measure and optimize your campaigns to receive the full value of your marketing dollars with **Conversion Tracking**.

## Power up your LinkedIn marketing

A simple code snippet added to your website can help you optimize your campaigns, retarget your website visitors, and learn more about your audiences.

### Track conversions and optimize your campaigns automatically

Running campaigns to drive conversions? With our Insight Tag, you can **track website conversions** tied to all your LinkedIn ads, then let LinkedIn automatically optimize your campaigns for even more conversions. High-quality results - without lifting a finger!





### Get more leads and conversions by retargeting your website visitors

A potential customer visits your site but leaves. What do you do? With the Insight Tag, you can re-engage visitors by **retargeting** them through LinkedIn ads. Now that's a winning strategy!

### Learn about who's engaging with your brand with exclusive audience insights

Looking to customize your marketing? It starts with understanding who's visiting your website. The Insight Tag unlocks powerful **demographic insights** about your website visitors, including their job titles, companies, industries, and more. Best part: it's free.



Need more help - check out our **help center**.

# Get Started with the LinkedIn Insight Tag

In Campaign Manager, navigate to Analyze and then Insight Tag.
You can install in one of two ways:

**Manually Install Tag**    Tag Manager



## Manually install the tag

**Do it yourself:** It's simple and easy. Paste the Insight Tag code from Campaign Manager in your website's global footer, unless your site includes pages that collect or otherwise handle health, financial, or other sensitive data of individual users. Never add the JavaScript code to any such pages. Learn more about **Insight Tag** data information.

## Installing and using the LinkedIn Insight Tag

The LinkedIn Insight Tag is a snippet of JavaScript code that loads a small library of functions you can use to track LinkedIn ad-driven visitor activity on your website. It relies on LinkedIn cookies, which enable us to match your website visitors to their respective LinkedIn member accounts.

Once matched, we can tally their actions in Campaign Manager so you can use the data to analyze your website's conversion flows and optimize your ad campaigns.

By default, the Insight JavaScript Tag will track visits to your website, including the URL, buttons clicked, referrer, IP address, device and browser characteristics (User Agent), and timestamp.

Requirements:

- Access to your website's code base
- Your Insight Tag code or its partner ID
- Access to LinkedIn Campaign Manager

In addition, depending on where you conduct business, you may have to comply with General Data Protection Regulation.

## Insight Tag Code

The Insight JavaScript Tag code contains your Partner ID in two places and looks like this:



When run, this code will download a library of functions called insight.min.js



which you can then use for conversion tracking. It also automatically tracks a single page-load conversion by calling the window.lintrk() function each time it loads.

**Pro Tip**
If your mobile website is separate from your desktop website, we recommend that you add the Insight JavaScript Tag to both.

## How do I know my tag is working?

You can check the status in Campaign Manager by navigating to Analyze and then Conversion Tracking. Select the Data Sources tab.  Once the Insight Tag is installed on your website and a LinkedIn member visits, your Insight Tag will show as "active."

Tag activation may take up to 24 hours, depending on your website traffic.

You can also refer to the **Validate tag placement from your own website** section in this Help Center Article on **Troubleshooting the LinkedIn Insight Tag**.

1. **Open DevTools** by pressing Control + Shift + J or Command + Option + J (Mac)

2. Click the Network panel

3. Type "ads.linkedin" into the filter bar → refresh the page.

4. Look for a network request with a 302 redirect status code

Alternatively, you can use a Chrome extension called **Tag Explorer** that displays all of the tag requests for every vendor loading on the site.

1. Click on the extension

2. Scroll down to find LinkedIn in the list

3. Click into each tag request (three dots to the right of each) to check the query string parameters like tag type, PID, and the URL.

Once you have verified that the Insight JavaScript Tag is installed and tracking the page-load event correctly, you can use the Insight JavaScript Tag to **track conversions** and create **custom audiences**.

## Should I use JavaScript or Image Pixel?

JavaScript

The LinkedIn Insight Tag takes advantage of JavaScript as it's a lightweight way to track conversions. Your website experiences no latency and it's easy to track both overall website usage as well as specific events.

- Allows you to utilize both third party and first party cookie settings to track conversions.
- Works with both URL based and Event Specific tracking.

**Pro Tip**
If you added the Insight Tag to your website before June 2021, we recommend you update the tag on your website. Access your Insight Tag in Campaign Manager to view the updated code.

## Image Pixel

The Image Pixel allows you to track event specific conversions using a 1x1 Pixel that is inserted into an on-click event (e.g button). It relies on 3rd party tag settings alone, which are being deprecated across the industry. Therefore, we recommend using the JavaScript-based Insight Tag or Conversions API instead.

## Why move to JavaScript now?

Some browsers have already started blocking 3rd party cookie tracking by default (including Safari, Firefox), and others (such as Chrome) announced plans to do so in the near future.

It's important for advertisers to prepare for these changes by switching to JavaScript tags and enabling "enhanced conversion tracking" in the Insight Tag settings to continue capturing signals where 3rd party cookies are blocked.

**Pro Tip**
With "enhanced conversion tracking" enabled for your tag, the JavaScript Insight Tag will allow 1st party cookie tracking. This is not available for the Image Pixel.

## Install your LinkedIn Insight Tag today

Go to Campaign Manager

Have Questions?    ×

Talk to a specialist now