# EXHIBIT D
# to the Declaration of Aarti Reddy

# Privacy Policy

*Effective September 18, 2024*

## Your Privacy Matters

LinkedIn's mission is to connect the world's professionals to allow them to be more productive and successful. Central to this mission is our commitment to be transparent about the data we collect about you, how it is used and with whom it is shared.

This Privacy Policy applies when you use our Services (described below). We offer our users choices about the data we collect, use and share as described in this Privacy Policy, Cookie Policy, Settings and our Help Center.

Key Terms ⌄



## Table of Contents

1. Data We Collect
2. How We Use Your Data
3. How We Share Information
4. Your Choices and Obligations
5. Other Important Information

## Introduction

> 💡 We are a social network and online platform for professionals. People use our Services to find and be found for business opportunities, to connect with others and find information. Our Privacy Policy applies to any Member or Visitor to our Services.

Our registered users ("Members") share their professional identities, engage with their network, exchange knowledge and professional insights, post and view relevant content, learn and develop skills, and find business and career opportunities. Content and data on some of our Services is viewable to non-Members ("Visitors").

We use the term "Designated Countries" to refer to countries in the European Union (EU), European Economic Area (EEA), and Switzerland. Members and Visitors located in the Designated Countries or the UK can review additional information in our European Regional Privacy Notice.

## Services

> 💡 This Privacy Policy, including our Cookie Policy applies to your use of our Services.

This Privacy Policy applies to LinkedIn.com, LinkedIn-branded apps, and other LinkedIn-branded sites, apps, communications and services offered by LinkedIn ("Services"), including off-site Services, such as our ad services and the "Apply with LinkedIn" and "Share with LinkedIn" plugins, but excluding services that state that they are offered under a different privacy policy. For California residents, additional disclosures required by California law may be found in our California Privacy Disclosure.

## Data Controllers and Contracting Parties

If you are in the "Designated Countries", LinkedIn Ireland Unlimited Company ("LinkedIn Ireland") will be the controller of your personal data provided to, or collected by or for, or processed in connection with our Services.

If you are outside of the Designated Countries, LinkedIn Corporation will be the controller of (or business responsible for) your personal data provided to, or collected by or for, or processed in connection with our Services.

As a Visitor or Member of our Services, the collection, use and sharing of your personal data is subject to this Privacy Policy and other documents referenced in this Privacy Policy, as well as updates.

## Change

> 💡 Changes to the Privacy Policy apply to your use of our Services after the "effective date."

LinkedIn ("we" or "us") can modify this Privacy Policy, and if we make material changes to it, we will provide notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may close your account.

You acknowledge that your continued use of our Services after we publish or send a notice about our changes to this

We may modify this Privacy Policy, and if we make material changes to it, we will provide notice through our Services, or by other means, to provide you the opportunity to review the changes before they become effective. If you object to any changes, you may close your account. You acknowledge that your continued use of our Services after we publish or send a notice about our changes to this Privacy Policy means that the collection, use and sharing of your personal data is subject to the updated Privacy Policy, as of its effective date.

## 1. Data We Collect

### 1.1 Data You Provide To Us

 You provide data to create an account with us.

**Registration**

To create an account you need to provide data including your name, email address and/or mobile number, general location (e.g., city), and a password. If you register for a premium Service, you will need to provide payment (e.g., credit card) and billing information.

 You create your LinkedIn profile (a complete profile helps you get the most from our Services).

**Profile**

You have choices about the information on your profile, such as your education, work experience, skills, photo, city or area, endorsements, and optional verifications of information on your profile (such as verifications of your identity or workplace). You don't have to provide additional information on your profile; however, profile information helps you to get more from our Services, including helping recruiters and business opportunities find you. It's your choice whether to include sensitive information on your profile and to make that sensitive information public. Please do not post or add personal data to your profile that you would not want to be publicly available.

 You may give other data to us, such as by syncing your calendar.

**Posting and Uploading**

We collect personal data from you when you provide, post or upload it to our Services, such as when you fill out a form, (e.g., with demographic data or salary), respond to a survey, or submit a resume or fill out a job application on our Services.

If you sync your calendars with our Services, we will collect your calendar meeting information to keep growing your network by suggesting connections for you and others, and by providing information about events, e.g. times, places, attendees and contacts.

You don't have to post or upload personal data; though if you don't, it may limit your ability to grow and engage with your network over our Services.

### 1.2 Data From Others

 Others may post or write about you.

**Content and News**

You and others may post content that includes information about you (as part of articles, posts, comments, videos) on our Services. We also may collect public information about you, such as professional-related news and accomplishments, and make it available as part of our Services, including, as permitted by your settings, in notifications to others of mentions in the news.

 Others may sync their calendar with our Services

**Contact and Calendar Information**

We receive personal data (including contact information) about you when others import or sync their calendar with our Services, associate their contacts with Member profiles, scan and upload business cards, or send messages using our Services (including invites or connection requests). If you or others opt-in to sync email accounts with our Services, we will also collect "email header" information that we can associate with Member profiles.

 Customers and partners may provide data to us.

**Partners**

We receive personal data (e.g., your job title and work email address) about you when you use the services of our customers and partners, such as employers or prospective employers and applicant tracking systems providing us job application data.

**Related Companies and Other Services**

We receive data about you when you use some of the other services provided by us or our Affiliates, including Microsoft. For example, you may choose to send us information about your contacts in Microsoft apps and services, such as Outlook, for improved professional networking activities on our Services

### 1.3 Service Use

 We log your visits and use of our Services, including mobile apps.

We log usage data when you visit or otherwise use our Services, including our sites, app and platform technology, such as when you view or click on content (e.g., learning video) or ads (on or off our sites and apps), perform a search, install or update one of our mobile apps, share articles or apply for jobs. We use log-ins, cookies, device information and internet protocol ("IP") addresses to identify you and log your use.

### 1.4 Cookies and Similar Technologies

 We collect data through cookies and similar technologies.

As further described in our Cookie Policy, we use cookies and similar technologies (e.g. pixels and ad tags) to collect data (e.g., device IDs) to recognize you and your device(s) on, off and across different services and devices where you have engaged with our Services. We also allow some others to use cookies as described in our Cookie Policy. If you are outside the Designated Countries, we also collect (or rely on others who collect) information about your device where you have not engaged with our Services (e.g., ad ID, IP address, operating system and browser information) so we can provide our Members with relevant ads and better understand their effectiveness. Learn more. You can opt out from our use of data from cookies and similar technologies that track your behavior on the sites of others for ad targeting and other ad-related purposes. For Visitors, the controls are here.

### 1.5 Your Device and Location

 We receive data through cookies and similar technologies

When you visit or leave our Services (including some plugins and our cookies or similar technology on the sites of others), we receive the URL of both the site you came from and the one you go to and the time of your visit. We also get information about your network and device (e.g. IP address, proxy server, operating system, web browser and add-ons, device identifier and features, cookie IDs and/or ISP, or your mobile carrier). If you use our Services from a mobile device, that device will send us data about your location based on your phone settings. We will ask you to opt-in before we use GPS or other tools to identify your precise location.

### 1.6 Communications


If you communicate through our Services, we learn about that.

We collect information about you when you communicate with others through our Services (e.g., when you send, receive, or engage with messages, events, or connection requests, including our marketing communications). This may include information that indicates who you are communicating with and when. We also use automated systems to support and protect our site. For example, we use such systems to suggest possible responses to messages and to manage or block content that violates our User Agreement or Professional Community Policies.

### 1.7 Workplace and School Provided Information


When your organization (e.g., employer or school) buys a premium Service for you to use, they give us data about you.

Others buying our Services for your use, such as your employer or your school, provide us with personal data about you and your eligibility to use the Services that they purchase for use by their workers, students or alumni. For example, we will get contact information for "LinkedIn Page" (formerly Company Page) administrators and for authorizing users of our premium Services, such as our recruiting, sales or learning products.

### 1.8 Sites and Services of Others


We get data when you visit sites that include our ads, cookies or plugins or when you log-in to others' services with your LinkedIn account.

We receive information about your visits and interaction with services provided by others when you log-in with LinkedIn or visit others' services that include some of our plugins (such as "Apply with LinkedIn") or our ads, cookies or similar technologies.

### 1.9 Other


We are improving our Services, which means we get new data and create new ways to use data.

Our Services are dynamic, and we often introduce new features, which may require the collection of new information. If we collect materially different personal data or materially change how we collect, use or share your data, we will notify you and may also modify this Privacy Policy.

Key Terms ∨

## 2. How We Use Your Data


We use your data to provide, support, personalize and develop our Services.

How we use your personal data will depend on which Services you use, how you use those Services and the choices you make in your settings. We may use your personal data to improve, develop, and provide products and Services, develop and train artificial intelligence (AI) models, develop, provide, and personalize our Services, and gain insights with the help of AI, automated systems, and inferences, so that our Services can be more relevant and useful to you and others. You can review LinkedIn's Responsible AI principles here and learn more about our approach to generative AI here. Learn more about the inferences we may make, including as to your age and gender and how we use them.

### 2.1 Services


Our Services help you connect with others, find and be found for work and business opportunities, stay informed, get training and be more productive.

We use your data to authorize access to our Services and honor your settings.

**Stay Connected**

Our Services allow you to stay in touch and up to date with colleagues, partners, clients, and other professional contacts. To do so, you can "connect" with the professionals who you choose, and who also wish to "connect" with you. Subject to your and their settings, when you connect with other Members, you will be able to search each others' connections in order to exchange professional opportunities.

We use data about you (such as your profile, profiles you have viewed or data provided through address book uploads or partner integrations) to help others find your profile, suggest connections for you and others (e.g. Members who share your contacts or job experiences) and enable you to invite others to become a Member and connect with you. You can also opt-in to allow us to use your precise location or proximity to others for certain tasks (e.g. to suggest other nearby Members for you to connect with, calculate the commute to a new job, or notify your connections that you are at a professional event).

It is your choice whether to invite someone to our Services, send a connection request, or allow another Member to become your connection. When you invite someone to connect with you, your invitation will include your network and basic profile information (e.g., name, profile photo, job title, region). We will send invitation reminders to the person you invited. You can choose whether or not to share your own list of connections with your connections.

Visitors have choices about how we use their data.

**Stay Informed**

Our Services allow you to stay informed about news, events and ideas regarding professional topics you care about, and from professionals you respect. Our Services also allow you to improve your professional skills, or learn new ones. We use the data we have about you (e.g., data you provide, data we collect from your engagement with our Services and inferences we make from the data we have about you), to personalize our Services for you, such as by recommending or ranking relevant content and conversations on our Services. We also use the data we have about you to suggest skills you could add to your profile and skills that you might need to pursue your next opportunity. So, if you let us know that you are interested in a new skill (e.g., by watching a learning video), we will use this information to personalize content in your feed, suggest that you follow certain Members on our site, or suggest related learning content to help you towards that new skill. We use your content, activity and other data, including your name and photo, to provide notices to your network and others. For example, subject to your settings, we may notify others that you have updated your profile, posted content, took a social action, used a feature, made new connections or were mentioned in the news.

**Career**

Our Services allow you to explore careers, evaluate educational opportunities, and seek out, and be found for, career opportunities. Your profile can be found by those looking to hire (for a job or a specific task) or be hired by you. We will use your data to recommend jobs and show you and others relevant professional contacts (e.g., who work at a company, in an industry, function or location or have certain skills and connections). You can signal that you are interested in changing jobs and share information with recruiters. We will use your data to recommend jobs to you and you to recruiters. We may use automated systems to provide content and recommendations to help make our Services more relevant to our Members, Visitors and customers. Keeping your profile accurate and up-to-date may help you better connect to others and to opportunities through our Services.

**Productivity**

Our Services allow you to collaborate with colleagues, search for potential clients, customers, partners and others to do business with. Our Services allow you to communicate with other Members and schedule and prepare meetings with them. If your settings allow, we scan messages to provide "bots" or similar tools that facilitate tasks such as scheduling

meetings, drafting responses, summarizing messages or recommending next steps. Learn more

### 2.2 Premium Services

>  Our premium Services help paying users to search for and contact Members through our Services, such as searching for and contacting job candidates, sales leads and co-workers, manage talent and promote content.

We sell premium Services that provide our customers and subscribers with customized-search functionality and tools (including messaging and activity alerts) as part of our talent, marketing and sales solutions. Customers can export limited information from your profile, such as name, headline, current company, current title, and general location (e.g., Dublin), such as to manage sales leads or talent, unless you opt-out. We do not provide contact information to customers as part of these premium Services without your consent. Premium Services customers can store information they have about you in our premium Services, such as a resume or contact information or sales history. The data stored about you by these customers is subject to the policies of those customers. Other enterprise Services and features that use your data include TeamLink and LinkedIn Pages (e.g., content analytics and followers).

### 2.3 Communications

>  We contact you and enable communications between Members. We offer settings to control what messages you receive and how often you receive some types of messages.

We will contact you through email, mobile phone, notices posted on our websites or apps, messages to your LinkedIn inbox, and other ways through our Services, including text messages and push notifications. We will send you messages about the availability of our Services, security, or other service-related issues. We also send messages about how to use our Services, network updates, reminders, job suggestions and promotional messages from us and our partners. You may change your communication preferences at any time. Please be aware that you cannot opt out of receiving service messages from us, including security and legal notices.

We also enable communications between you and others through our Services, including for example invitations, InMail, groups and messages between connections.

### 2.4 Advertising

>  We serve you tailored ads both on and off our Services. We offer you choices regarding personalized ads, but you cannot opt-out of seeing non-personalized ads.

We target (and measure the performance of) ads to Members, Visitors and others both on and off our Services directly or through a variety of partners, using the following data, whether separately or combined:

- Data collected by advertising technologies on and off our Services using pixels, ad tags (e.g., when an advertiser installs a LinkedIn tag on their website), cookies, and other device identifiers;
- Member-provided information (e.g., profile, contact information, title and industry);
- Data from your use of our Services (e.g., search history, feed, content you read, who you follow or is following you, connections, groups participation, page visits, videos you watch, clicking on an ad, etc.), including as described in Section 1.3;
- Information from advertising partners, vendors and publishers; and
- Information inferred from data described above (e.g., using job titles from a profile to infer industry, seniority, and compensation bracket; using graduation dates to infer age or using first names or pronoun usage to infer gender; using your feed activity to infer your interests; or using device data to recognize you as a Member). Learn more about the inferences we make and how they may be used for advertising.

Learn more about the ad technologies we use and our advertising services and partners. You can learn more about our compliance with laws in the Designated Countries or the UK in our European Regional Privacy Notice.

We will show you ads called sponsored content which look similar to non-sponsored content, except that they are labeled as advertising (e.g., as "ad" or "sponsored"). If you take a social action (such as like, comment or share) on these ads, your action is associated with your name and viewable by others, including the advertiser. Subject to your settings, if you take a social action on the LinkedIn Services, that action may be mentioned with related ads. For example, when you like a company we may include your name and photo when their sponsored content is shown.

#### Ad Choices

You have choices regarding our uses of certain categories of data to show you more relevant ads. Member settings can be found here. For Visitors, the setting is here.

#### Info to Ad Providers

We do not share your personal data with any third-party advertisers or ad networks except for: (i) hashed IDs or device identifiers (to the extent they are personal data in some countries); (ii) with your separate permission (e.g., in a lead generation form) or (iii) data already visible to any users of the Services (e.g., profile). However, if you view or click on an ad on or off our Services, the ad provider will get a signal that someone visited the page that displayed the ad, and they may, through the use of mechanisms such as cookies, determine it is you. Advertising partners can associate personal data collected by the advertiser directly from you with hashed IDs or device identifiers received from us. We seek to contractually require such advertising partners to obtain your explicit, opt-in consent before doing so where legally required, and in such instances, we take steps to ensure that consent has been provided before processing data from them.

### 2.5 Marketing

>  We promote our Services to you and others.

In addition to advertising our Services, we use Members' data and content for invitations and communications promoting membership and network growth, engagement and our Services, such as by showing your connections that you have used a feature on our Services.

### 2.6 Developing Services and Research

>  We develop our Services and conduct research

#### Service Development

We use data, including public feedback, to conduct research and development for our Services in order to provide you and others with a better, more intuitive and personalized experience, drive membership growth and engagement on our Services, and help connect professionals to each other and to economic opportunity.

#### Other Research

We seek to create economic opportunity for Members of the global workforce and to help them be more productive and successful. We use the personal data available to us to research social, economic and workplace trends, such as jobs availability and skills needed for these jobs and policies that help bridge the gap in various industries and geographic areas. In some cases, we work with trusted third parties to perform this research, under controls that are designed to protect your privacy. We may also make public data available to researchers to enable assessment of the safety and legal compliance of our Services. We publish or allow others to publish economic insights, presented as aggregated data rather than personal data.

#### Surveys

Polls and surveys are conducted by us and others through our Services. You are not obligated to respond to polls or surveys, and you have choices about the information you provide. You may opt-out of survey invitations.

### 2.7 Customer Support

 We use data to help you and fix problems.

We use data (which can include your communications) to investigate, respond to and resolve complaints and for Service issues (e.g., bugs).

### 2.8 Insights That Do Not Identify You

 We use data to generate insights that do not identify you.

We use your data to perform analytics to produce and share insights that do not identify you. For example, we may use your data to generate statistics about our Members, their profession or industry, to calculate ad impressions served or clicked on (e.g., for basic business reporting to support billing and budget management or, subject to your settings, for reports to advertisers who may use them to inform their advertising campaigns), to show Members' information about engagement with a post or LinkedIn Page, to publish visitor demographics for a Service or create demographic workforce insights, or to understand usage of our services.

### 2.9 Security and Investigations

 We use data for security, fraud prevention and investigations.

We and our Affiliates, including Microsoft, may use your data (including your communications) for security purposes or to prevent or investigate possible fraud or other violations of the law, our User Agreement and/or attempts to harm our Members, Visitors, company, Affiliates, or others.

Key Terms ∨

## 3. How We Share Information

### 3.1 Our Services

 Any data that you include on your profile and any content you post or social action (e.g., likes, follows, comments, shares) you take on our Services will be seen by others, consistent with your settings.

#### Profile

Your profile is fully visible to all Members and customers of our Services. Subject to your settings, it can also be visible to others on or off of our Services (e.g., Visitors to our Services or users of third-party search tools). As detailed in our Help Center, your settings, degree of connection with the viewing Member, the subscriptions they may have, their usage of our Services, access channels and search types (e.g., by name or by keyword) impact the availability of your profile and whether they can view certain fields in your profile.

#### Posts, Likes, Follows, Comments, Messages

Our Services allow viewing and sharing information including through posts, likes, follows and comments.

- When you share an article or a post (e.g., an update, image, video or article) publicly it can be viewed by everyone and re-shared anywhere (subject to your settings). Members, Visitors and others will be able to find and see your publicly-shared content, including your name (and photo if you have provided one).
- In a group, posts are visible to others according to group type. For example, posts in private groups are visible to others in the group and posts in public groups are visible publicly. Your membership in groups is public and part of your profile, but you can change visibility in your settings.
- Any information you share through companies' or other organizations' pages on our Services will be viewable by those organizations and others who view those pages' content.
- When you follow a person or organization, you are visible to others and that "page owner" as a follower.
- We let senders know when you act on their message, subject to your settings where applicable.
- Subject to your settings, we let a Member know when you view their profile. We also give you choices about letting organizations know when you've viewed their Page.
- When you like or re-share or comment on another's content (including ads), others will be able to view these "social actions" and associate it with you (e.g., your name, profile and photo if you provided it).

 Your employer can see how you use Services they provided for your work (e.g. as a recruiter or sales agent) and related information. We will not show them your job searches or personal messages.

#### Enterprise Accounts

Your employer may offer you access to our enterprise Services such as Recruiter, Sales Navigator, LinkedIn Learning or our advertising Campaign Manager. Your employer can review and manage your use of such enterprise Services.

Depending on the enterprise Service, before you use such Service, we will ask for permission to share with your employer relevant data from your profile or use of our non-enterprise Services. For example, users of Sales Navigator will be asked to share their "social selling index", a score calculated in part based on their personal account activity. We understand that certain activities such as job hunting and personal messages are sensitive, and so we do not share those with your employer unless you choose to share it with them through our Services (for example, by applying for a new position in the same company or mentioning your job hunting in a message to a co-worker through our Services).

Subject to your settings, when you use workplace tools and services (e.g., interactive employee directory tools) certain of your data may also be made available to your employer or be connected with information we receive from your employer to enable these tools and services.

### 3.2 Communication Archival

 Regulated Members may need to store communications outside of our Service.

Some Members (or their employers) need, for legal or professional compliance, to archive their communications and social media activity, and will use services of others to provide these archival services. We enable archiving of messages by and to those Members outside of our Services. For example, a financial advisor needs to archive communications with her clients through our Services in order to maintain her professional financial advisor license.

### 3.3 Others' Services

You may link your account with others' services so that they can look up your contacts' profiles, post your shares on such platforms, or enable you to start conversations with your connections on such platforms. Excerpts from your profile will also appear on the services of others.

Subject to your settings, other services may look up your profile. When you opt to link your account with other services, personal data (e.g., your name, title, and company) will become available to them. The sharing and use of that personal data will be described in, or linked to, a consent screen when you opt to link the accounts. For example, you may link your Twitter or WeChat account to share content from our Services into these other services, or your email provider may give you the option to upload your LinkedIn contacts into its own service. Third-party services have their own privacy policies, and you may be giving them permission to use your data in ways we would not. You may revoke the link with such accounts.

the instance, you make available information from your profile to others, engagement with the posts, or message to Pages) may be available to them on other services. For example, search tools, mail and calendar applications, or talent and lead managers may show a user limited profile data (subject to your settings), and social media management tools or other platforms may display your posts. The information retained on these services may not reflect updates you make on LinkedIn.

### 3.4 Related Services

 We share your data across our different Services and LinkedIn affiliated entities.

We will share your personal data with our Affiliates to provide and develop our Services. For example, we may refer a query to Bing in some instances, such as where you'd benefit from a more up to date response in a chat experience. In regions outside the Designated Countries, we may also share your publicly-shared content (such as your public LinkedIn posts) with our Affiliates, including Microsoft, to provide or develop their services. Where allowed, we may combine information internally across the different Services covered by this Privacy Policy to help our Services be more relevant and useful to you and others. For example, we may personalize your feed or job recommendations based on your learning history.

### 3.5 Service Providers

 We may use others to help us with our Services.

We use others to help us provide our Services (e.g., maintenance, analysis, audit, payments, fraud detection, customer support, marketing and development). They will have access to your information (e.g., the contents of a customer support request) as reasonably necessary to perform these tasks on our behalf and are obligated not to disclose or use it for other purposes. If you purchase a Service from us, we may use a payments service provider who may separately collect information about you (e.g., for fraud prevention or to comply with legal obligations).

### 3.6 Legal Disclosures

 We may need to share your data when we believe it's required by law or to help protect the rights and safety of you, us or others.

It is possible that we will need to disclose information about you when required by law, subpoena, or other legal process or if we have a good faith belief that disclosure is reasonably necessary to (1) investigate, prevent or take action regarding suspected or actual illegal activities or to assist government enforcement agencies; (2) enforce our agreements with our; (3) investigate and defend ourselves against any third-party claims or allegations; (4) protect the security or integrity of our Services or the products or services of our Affiliates (such as by sharing with companies facing similar threats); or (5) exercise or protect the rights and safety of LinkedIn, our Members, personnel or others. We attempt to notify Members about legal demands for their personal data when appropriate in our judgment, unless prohibited by law or court order or when the request is an emergency. We may dispute such demands when we believe, in our discretion, that the requests are overbroad, vague or lack proper authority, but we do not promise to challenge every demand. To learn more see our Data Request Guidelines and Transparency Report.

### 3.7 Change in Control or Sale

 We may share your data when our business is sold to others, but it must continue to be used in accordance with this Privacy Policy.

We can also share your personal data as part of a sale, merger or change in control, or in preparation for any of these events. Any other entity which buys us or part of our business will have the right to continue to use your data, but only in the manner set out in this Privacy Policy unless you agree otherwise.

## 4. Your Choices & Obligations

### 4.1 Data Retention

 We keep most of your personal data for as long as your account is open.

We generally retain your personal data as long as you keep your account open or as needed to provide you Services. This includes data you or others provided to us and data generated or inferred from your use of our Services. Even if you only use our Services when looking for a new job every few years, we will retain your information and keep your profile open, unless you close your account. In some cases we choose to retain certain information (e.g., insights about Services use) in a depersonalized or aggregated form.

### 4.2 Rights to Access and Control Your Personal Data

 You can access or delete your personal data. You have many choices about how your data is collected, used and shared.

We provide many choices about the collection, use and sharing of your data, from deleting or correcting data you include in your profile and controlling the visibility of your posts to advertising opt-outs and communication controls. We offer you settings to control and manage the personal data we have about you.

For personal data that we have about you, you can:

- **Delete Data:** You can ask us to erase or delete all or some of your personal data (e.g., if it is no longer necessary to provide Services to you).

- **Change or Correct Data:** You can edit some of your personal data through your account. You can also ask us to change, update or fix your data in certain cases, particularly if it's inaccurate.

- **Object to, or Limit or Restrict, Use of Data:** You can ask us to stop using all or some of your personal data (e.g., if we have no legal right to keep using it) or to limit our use of it (e.g., if your personal data is inaccurate or unlawfully held).

- **Right to Access and/or Take Your Data:** You can ask us for a copy of your personal data and can ask for a copy of personal data you provided in machine readable form.

Visitors can learn more about how to make these requests here. You may also contact us using the contact information below, and we will consider your request in accordance with applicable laws.

Residents in the Designated Countries and the UK, and other regions, may have additional rights under their laws.

### 4.3 Account Closure

 We keep some of your data even after you close your account.

If you choose to close your LinkedIn account, your personal data will generally stop being visible to others on our Services within 24 hours. We generally delete closed account information within 30 days of account closure, except as noted below.

We retain your personal data even after you have closed your account if reasonably necessary to comply with our legal obligations (including law enforcement requests), meet regulatory requirements, resolve disputes, maintain security, prevent fraud and abuse (e.g., if we have restricted your account for breach of our Professional Community Policies), enforce our User Agreement, or fulfill your request to "unsubscribe" from further messages from us. We will retain de-personalized information after your account has been closed.

Information you have shared with others (e.g., through InMail, updates or group posts) will remain visible after you close your account or delete the information from your own profile or mailbox, and we do not control data that other Members have copied out of our Services. Groups content and ratings or review content associated with closed accounts will show an unknown user as the source. Your profile may continue to be displayed in the services of others (e.g., search tools) until they refresh their cache.

## 5. Other Important Information

### 5.1. Security

💡 We monitor for and try to prevent security breaches. Please use the security features available through our Services.

We implement security safeguards designed to protect your data, such as HTTPS. We regularly monitor our systems for possible vulnerabilities and attacks. However, we cannot warrant the security of any information that you send us. There is no guarantee that data may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards. Please visit our Safety Center for additional information about safely using our Services, including two-factor authentication.

### 5.2. Cross-Border Data Transfers

💡 We store and use your data outside your country.

We process data both inside and outside of the United States and rely on legally-provided mechanisms to lawfully transfer data across borders. Learn more. Countries where we process data may have laws which are different from, and potentially not as protective as, the laws of your own country.

### 5.3 Lawful Bases for Processing

💡 We have lawful bases to collect, use and share data about you. You have choices about our use of your data. At any time, you can withdraw consent you have provided by going to settings.

We will only collect and process personal data about you where we have lawful bases. Lawful bases include consent (where you have given consent), contract (where processing is necessary for the performance of a contract with you (e.g., to deliver the LinkedIn Services you have requested) and "legitimate interests." Learn more.

Where we rely on your consent to process personal data, you have the right to withdraw or decline your consent at any time and where we rely on legitimate interests, you have the right to object. Learn More. If you have any questions about the lawful bases upon which we collect and use your personal data, please contact our Data Protection Officer here.

If you're located in one of the Designated Countries or the UK, you can learn more about our lawful bases for processing in our European Regional Privacy Notice.

### 5.4. Direct Marketing and Do Not Track Signals

💡 Our statements regarding direct marketing and "do not track" signals.

We currently do not share personal data with third parties for their direct marketing purposes without your permission. Learn more about this and about our response to "do not track" signals.

### 5.5. Contact Information

💡 You can contact us or use other options to resolve any complaints.

If you have questions or complaints regarding this Policy, please first contact LinkedIn online. You can also reach us by physical mail. If contacting us does not resolve your complaint, you have more options. Residents in the Designated Countries and other regions may also have the right to contact our Data Protection Officer here or at DPO@linkedin.com. If this does not resolve your complaint, Residents in the Designated Countries and other regions may have more options under their laws.

Key Terms ⌄