# EXHIBIT E
# to the Declaration of
# Aarti Reddy

New Jersey Department of the Treasury
Division of Revenue
Registration of Foreign Limited Liability Company

FILED
OCT 05 2023
NJ DORES
Commercial Information Services

0600481677

This form may be used to obtain authorization for a foreign Limited Liability Company to conduct business in New Jersey, pursuant to New Jersey State law. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited Liability Company Act, and insure that all applicable filing requirements are met. This form is intended to simplify filing with the STATE. Applicants are advised to seek out private legal assistance before submitting filings to the STATE'S OFFICE.

1. Name of Limited Liability Company:

   Village Practice Management Company, LLC

2. Main Business or Principal Business Address:

   1 Diamond Hill Road, Berkeley Heights, NJ 07922

3. The purpose for which this Limited Liability Company is organized is:
   Provide business support services for professional medical practices.

4. Limited Liability Company State:

   Delaware

5. Original Date of formation:

   March 12, 2013

6. Registered Agent Name & Address (must be in NJ):
   Corporation Service Company, Princeton South Corporate Ctr, Ste 160
   100 Charles Ewing Blvd, Ewing, NJ 08628

7. Date Limited Liability Company intends to start business activity in NJ:
   Upon date of filing.

8. Other provisions (list below or attach to certificate):
   N/A

The undersigned represent(s) that this Limited Liability Company has been formed under the laws of the state of origin and continues to exist as an active, valid Limited Liability Company or registered Limited Liability Partnership in that state. The undersigned also attest(s) that they are authorized to sign this certificate on behalf of the Limited Liability Company and that this filing complies with New Jersey State law as detailed in NJSA 42.

Name: [signature]          Date: October 2, 2023