COOLEY LLP
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
AMY M. SMITH (287813)
(amsmith@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
JORGE L. SARMIENTO (*Pro Hac Vice* Pending)
(jsarmiento@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   +1 212 479 6000
Facsimile:   +1 212 479 6275

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| V.R. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-CV-07399-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE AND SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [PROPOSED] ORDER TO RESET
HEARING DATE AND SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-07399-EJD

Pursuant to Civil Local Rule 6-2, Plaintiff V.R. ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn") (collectively, "the Parties"), by and through their attorneys of record, stipulate and agree as follows:

WHEREAS, LinkedIn filed a motion to dismiss on January 27, 2025;

WHEREAS, Plaintiff filed a First Amended Complaint on February 12, 2025;

WHEREAS, the court terminated the motion to dismiss and vacated the March 6, 2025 motion hearing in *V.R. v. LinkedIn* on February 14, 2025;

WHEREAS, the Parties have agreed that Defendant shall file its motion to dismiss ("Motion") by March 12, 2025; Plaintiff shall oppose the Motion by April 11, 2025; and Defendant shall file its reply by May 6, 2025;

WHEREAS, three of the five related cases involving LinkedIn's Insight Tag pending before your honor are *V.R. v. LinkedIn*; *L.B. v. LinkedIn*, No. 24-cv-6832; and *J.P. v. LinkedIn*, No. 24-7586;

WHEREAS, LinkedIn filed a motion to dismiss in *L.B. v. LinkedIn* on October 25, 2024;

WHEREAS, LinkedIn filed a motion to dismiss in *J.P. v. LinkedIn* on November 22, 2024;

WHEREAS, the *L.B. v. LinkedIn, J.P. v. LinkedIn*, and *V.R. v. LinkedIn* cases each assert the same causes of action, name LinkedIn as the sole defendant, and involve the same counsel representing both plaintiffs and LinkedIn;

WHEREAS, the parties agree that *L.B. v. LinkedIn* and *J.P. v. LinkedIn* should be re-noticed for hearing simultaneously with the forthcoming motion to dismiss in *V.R. v. LinkedIn* on June 5, 2025.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST THAT:

1.  The briefing schedule for the motion to dismiss in *V.R. v. LinkedIn* be as follows: Defendant shall file its Motion by March 12, 2025; Plaintiff shall oppose the Motion by April 11, 2025; and Defendant shall file its reply by May 6, 2025; and

2.  The hearing on the motions to dismiss in *V.R. v. LinkedIn*, *L.B. v. LinkedIn*, and *J.P. v. LinkedIn* be scheduled for June 5, 2025.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. AND [PROPOSED] ORDER TO RESET
HEARING DATE AND SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-07399-EJD

**IT IS SO STIPULATED.**

Dated: February 25, 2025                    COOLEY LLP

                                            By: */s/ Jeffrey M. Gutkin*
                                                Jeffrey M. Gutkin

                                            Attorney for Defendant
                                            LINKEDIN CORPORATION

Dated: February 25, 2025                    BURSOR & FISHER, P.A.

                                            By: */s/ Sarah N. Westcot*
                                                Sarah N. Westcot

                                            Attorney for Plaintiff
                                            V.R.

## ATTESTATION

Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, I, Jeffrey M. Gutkin, hereby attest that concurrence in this filing of this document has been obtained.

Dated: February 25, 2025

                                            */s/ Jeffrey M. Gutkin*
                                            Jeffrey M. Gutkin

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND [PROPOSED] ORDER TO RESET
HEARING DATE AND SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-07399-EJD

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The briefing schedule for the motion to dismiss in *V.R. v. LinkedIn* be as follows: Defendant shall file its Motion by March 12, 2025; Plaintiff shall oppose the Motion by April 11, 2025; and Defendant shall file its reply by May 6, 2025; and

2. The hearing on the motions to dismiss in *V.R. v. LinkedIn*, *L.B. v. LinkedIn*, and *J.P. v. LinkedIn* be scheduled for June 5, 2025.

DATED: February 28, 2025

Hon. Edward J. Davila
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND [PROPOSED] ORDER TO RESET
HEARING DATE AND SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-07399-EJD