UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| V.R.,<br>Plaintiff,<br>v.<br>LINKEDIN CORPORATION,<br>Defendant. | Case No. 5:24-cv-07399-EJD<br>**ORDER CLARIFYING ORDER ON MOTION TO DISMISS (ECF NO. 36)**<br>Re: ECF No. 37 |

The Court is in receipt of Defendant LinkedIn Corporation's motion for further clarification. ECF No. 37. LinkedIn seeks to clarify whether the Court's September 30, 2025, Order regarding LinkedIn's Motion to Dismiss (Order, ECF No. 36) dismisses Plaintiff V.R.'s claim under Section 632 of the California Invasion of Privacy Act ("CIPA").

After carefully reviewing LinkedIn's motion and the Order, the Court agrees that the Order requires further clarification. In the Order, the Court held that California's choice-of-law rules "serve[] as an independent basis for dismissing Plaintiffs' CIPA claims in *V.R. v. LinkedIn*." Order at 25. Yet, the Court concluded by dismissing only V.R.'s Section 631 claim, and not V.R.'s Section 632 claim. *Id.* at 36. This inconsistency was in error. Accordingly, the Court **CLARIFIES** that the Order dismisses V.R.'s claims under CIPA Section 631 and CIPA Section 632 with leave to amend. The Court will issue an amended order.

**IT IS SO ORDERED.**

Dated: October 10, 2025

EDWARD J. DAVILA
United States District Judge