| | |
|---|---|
| COOLEY LLP<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (274889)<br>(areddy@cooley.com)<br>AMY M. SMITH (287813)<br>(amsmith@cooley.com)<br>JULIA M. IRWIN (352861)<br>(jirwin@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>Attorneys for Defendant<br>LINKEDIN CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| L.B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant. | Case No. 5:24-cv-06832-EJD<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE DEADLINES**<br><br>***AS MODIFIED*** |
| ~~J.S.,~~<br><br>　　　　~~Plaintiff,~~<br><br>　　~~v.~~<br><br>~~SPRING FERTILITY HOLDINGS ET AL.,~~<br><br>　　　　~~Defendant.~~ | ~~Case No. 5:24-cv-07374-EJD~~<br><br>~~**JOINT STIPULATION AND [PROPOSED]**~~<br>~~**ORDER CONTINUING CASE DEADLINES**~~ |
| V.R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant. | Case No. 5:24-cv-07399-EJD<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE DEADLINES**<br><br>***AS MODIFIED*** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD

| | |
|---|---|
| 1  J.P., | Case No. 5:24-cv-07586-EJD |
| 2              Plaintiff, | **JOINT STIPULATION AND [PROPOSED]** |
| 3        v. | **ORDER CONTINUING CASE DEADLINES** |
| 4  LINKEDIN CORPORATION, | **\*AS MODIFIED\*** |
| 5              Defendant. | |
| 6  ~~L.W.A,~~ | ~~Case No. 5:24-cv-08436~~ |
| 7              ~~Plaintiff,~~ | ~~**JOINT STIPULATION AND [PROPOSED]**~~ |
| 8        ~~v.~~ | ~~**ORDER CONTINUING CASE DEADLINES**~~ |
| 9  ~~LINKEDIN CORPORATION,~~ | |
| 10             ~~Defendant.~~ | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. AND [P~~ROPOSED~~] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD

Pursuant to Civil Local Rule 6-2, Plaintiff L.B. ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn") (collectively, "the Parties"), by and through their attorneys of record, stipulate and agree as follows:

WHEREAS, the Parties have conferred, and they agree that this is an appropriate juncture to explore whether *L.B. v. LinkedIn*, No. 24-cv-6832; *J.P. v. LinkedIn*, No. 24-7586; and *V.R. v. LinkedIn*, No. 24-cv-7399 (collectively, the "Actions") can be amicably resolved;

WHEREAS, the Parties intend to engage in direct negotiations to reach such a mutually-acceptable resolution of the Actions;

WHEREAS, the Parties have also agreed to engage in mediation, if direct negotiations do not produce a resolution of the Actions;

WHEREAS, the Parties are currently working to identify a mutually-acceptable mediator and to schedule a mediation for mid- to late-January 2026, to go forward in the event that the Parties' direct negotiations do not produce a resolution of the Actions;

WHEREAS, the Parties anticipate that the process of selecting a mediator and reserving a mediation date will take approximately two to three weeks;

WHEREAS, the Parties believe that a short stay of the Actions during these negotiations will increase the likelihood that they can reach a resolution;

WHEREAS, Plaintiffs and Plaintiffs' counsel do not intend to further pursue claims against LinkedIn in *L.W.A. v. LinkedIn*, No. 5:24-cv-8436 or *J.S. v. Spring Fertility Holdings et al.*, No. 5:24-cv-7374;

WHEREAS, the Plaintiff and the remaining defendant in *J.S. v. Spring Fertility Holdings* (Spring Fertility Holdings, LLC) intend to submit a separate status report addressing the issue of consolidation and setting forth a proposed case schedule; and

WHEREAS, in light of the requested stay of the *L.B.*, *J.P.*, and *V.R.* Actions and the cessation of litigation against LinkedIn in the *L.W.A.* and *J.S.* actions, the Parties agree that the question of consolidation of the actions before this Court would be more appropriately addressed, if necessary, after the proposed mediation.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST:

1. A continuance of all current case-related deadlines in the *L.B.*, *J.P.*, and *V.R.* Actions, including all deadlines related to Plaintiffs amending their complaints in those Actions, until further order of this Court;

2. A continuance of the October 23, 2025 status conference at which the Court had planned to address the question of consolidation, until the Parties determine whether they can resolve the *L.B.*, *J.P.*, and *V.R.* Actions without further proceedings before the Court;

3. That the Parties will file a joint status report with the Court, once they have selected a mediator and a date for the mediation; and

4. That the Parties will file a further joint status report with the Court promptly after either reaching a resolution of the Actions or concluding that the Actions cannot be resolved amicably without further Court proceedings.

**IT IS SO STIPULATED.**

Dated: October 15, 2025                            COOLEY LLP


                                                   By: */s/ Jeffrey M. Gutkin*
                                                       Jeffrey M. Gutkin

                                                   Attorney for Defendant
                                                   LINKEDIN CORPORATION
                                                   in L.B., J.P., and V.R.


Dated: October 15, 2025                            KEKER, VAN NEST & PETERS LLP


                                                   By: */s/ Matan Shacham*
                                                       Matan Shacham

                                                   Attorney for Defendant
                                                   LINKEDIN CORPORATION
                                                   in L.W.A and J.S.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD

Dated: October 15, 2025                              BURSOR & FISHER, P.A.

                                                     By: */s/ Yitzchak Kopel*
                                                          Yitzchak Kopel

                                                     Attorney for Plaintiffs
                                                     L.B., J.P., V.R., L.W.A., and J.S.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, I, Spencer McManus, hereby attest that concurrence in this filing of this document has been obtained.

Dated: October 15, 2025

                                                     */s/ Spencer McManus*
                                                     Spencer McManus

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. All current case-related deadlines in the *L.B.*, *J.P.*, and *V.R.* Actions, including all deadlines related to Plaintiffs amending their complaints in those Actions, are hereby continued until further order of this Court;

2. The October 23, 2025 status conference is hereby ~~vacated and will be reset at a later date, if necessary;~~ continued to February 5, 2026;

3. The Parties to the *L.B.*, *J.P.*, and *V.R.* Actions shall file a joint status report ~~with the Court, once a mediator and a date for the mediation are selected; and~~ by January 29, 2026. The Court may vacate the conference based on the parties' statement.

4. ~~The Parties to the *L.B.*, *J.P.*, and *V.R.* Actions shall file a further joint status report with the Court promptly after either resolving the Actions or concluding that the Actions cannot be resolved amicably without further Court proceedings.~~

Dated: October 16, 2025

_____
Hon. Edward J. Davila
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING DEADLINES
CASE NO. 5:24-CV-07374-EJD